UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>CARMELINO ESCOBAR MORALES,<br><br>Defendant. | No. 17-cr-023-2 (RJS)<br>ORDER |

RICHARD J. SULLIVAN, Circuit Judge:

On June 18, 2020, the Court received an undated letter from Defendant, requesting a "clemency release" so that Defendant may care for his elderly mother (attached hereto). Though not styled as such, the Court has construed Defendant's request as one for compassionate release under the First Step Act of 2018, 18 U.S.C. § 3582(c)(1)(A). Accordingly, IT IS HEREBY ORDERED THAT the government shall file a letter by June 24, 2020, setting forth its position on Defendant's request.

SO ORDERED.

Dated:   June 18, 2020
         New York, New York

RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation

TO:DISTRICT JUDGE,HON.RICHARD J. SULLIVAN.
Daniel Patrick MOYNIHAN
UNITED STATES COURTHOUSE
500Pearl st.
New York,NY10007

Chambers location 2530

FROM:Carmelino Escobar,morales, #75938054
moshanon valley Correction Facility
555 GEO DRIVE PHILLIPBURG,PA.16866

The reason for me to aproche you is as follow.I would like to ask for a clemency release. please, Im a 56 years old , my mom is 72 years old and she, is everytring the i have left because i did lost my family, and she is my bigest concern she is living by her self she is very seek and living by her self as you can imaging she cant work any more,we are 8 total broth ers  5 girl and 3 man, im the only son who is able to help her whith some money and evething that she need so she depend 100%on me.Its been like 43 months that i have not been abble to help her as you can imagine im not a rich person, that litlle money that i use to have is olmost going,and she will need me to keep paying for her medication, i belive you can imaging how much she need me now,she is getting evn more seek ,im very concern about her.I know i make a mistake but im not a mistake.I love my mom so very much i know you love your love yor mom very much ,please let me take care of my mom. I never been in USA. before,the reason im here is because some one trick me on a supost to bee a job , asa you already know i was on international waterswhen the cost guerd grab me today i know i make a big mistake i do accept my responsability of my actions, i do aceept it. im not asking to let mee go now i just want to see if you aloud me to send me back to my country giving me the 6 months of half way house please my mom need me more than ever, she is that one who one day take care of me now i want to take care of her,what im triying  to say is please bee compasion to my mom  if you toch your heart you wiil see that im not asking nothing for me, i asking clemency for my mom ,
i trust in GOD.that you considate my petion,to give a good respond.
to finish whith my pettion  i just let me tell you the GOD bless you .

sincerelly