UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

CARMELINO ESCOBAR MORALES,

Defendant.

No. 17-cr-023 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

The Court is in receipt of the attached *pro se* letter from Defendant asking that counsel be appointed to assist him in pursuing his request for compassionate release under the First Step Act of 2018, 18 U.S.C. § 3582 (Doc. No. 100; *see also* Doc. Nos. 101–03).  Accordingly, IT IS HEREBY ORDERED THAT Matthew D. Myers is appointed as counsel pursuant to 18 U.S.C. § 3006A to represent Defendant for the limited purpose of assisting him in filing a motion for compassionate release.  Consequently, Mr. Myers shall file a notice of appearance in Case No. 17-cr-023-2.  The Clerk of Court is respectfully directed to mail a copy of this order to Defendant.

SO ORDERED.

Dated:    July 23, 2020
          New York, New York

RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation

7/3/2020
By:
Carmelino Escobar Morales.
    Reg. No: 75938-054

TO:
Hon. Richard J. Sullivan
         United States Southern District of New York

United States States Circuit Judge,
United States Court of Appeals, Second Circuit
40 Foley Square
New York, New York   10007

Dear Judge Sullivan,

My name is Carmelino Escobar Morales. 75938-054. I'm currently encarculated at Moshanon Valley correctional facility. 555 GEO Drive. Phillisburg, PA 16866.
The reason for me to aproche you is as follow:
I would like to ask and Pro bono Atorney, to work for me to help me to ask for a compassionate release to 18 U.S.C. §3582 and the First Step Act. The reason why I'm asking for and Attorney is because I realy don't have money to pay for one. And at the same time my mother is getting worse and worse. Please you Honor,
Sincerely

                              Carmelino Escobar Morales

RECEIVED
2020 JUL 16  PM 12:38
CLERK'S OFFICE
U.S. COURT OF APPEALS

Carmelino Escobar Morales 75938-054
Moshanon Valley Correctional Facility
555 GEO Drive
Philipsburg, PA 16866

MVCF APPROVED

2020 JUL 16 AM 10:14 RECEIVED
U.S. COURT OF APPEALS
ASD MAIL SERVICES

Hon. Judge. Richard J. Sullivan
United States court southern District of New York
United States court of Appeals, Second District
40 Foley Square
New York, New York
10007